JUSTICE TRIEWEILER
specially concurring.
¶23 I concur with the majority’s decision to reverse the conviction of Larry John Pizzichiello and remand to the District Court for further proceedings.
¶24 I furthermore concur that in light of the reversal of John Lanny Lynch’s conviction based on the district court’s failure to suppress Nevada wiretap evidence, and the admission of that same evidence in this case in spite of Pizzichiello’s pretrial motion to suppress, the integrity of the judicial process would be compromised by ignoring the same issue based simply on the form of Pizzichiello’s objection. However, I do not agree with all that is said as part of the majority’s plain error analysis. Specifically, I do not agree that raising a fundamental right in the district court has any bearing on plain error analysis when our decision is made on some basis other than the fundamental right claimed. However, under the circumstances unique to this case, I would conclude that to hold other than we have would cause a miscarriage of justice, compromise the integrity of the judicial process, and on that basis alone plain error should be invoked.
¶25 Therefore, I specially concur with the majority opinion.